**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| **MARIA CHIANG and** | : | |
| **VEN CHIANG,** | : | |
| | : | **CASE NO:** |
| **Plaintiffs,** | : | **7:25-cv-106–WLS** |
| **v.** | : | |
| | : | |
| **STATE FARM FIRE AND CASUALTY** | : | |
| **COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

_____

## ORDER

Before the Court is Plaintiffs' Motion to Extend Expert Disclosure and Discovery Deadlines (Doc. 29) ("Motion") filed April 13, 2026. Plaintiffs request a thirty-day extension of the time to discovery deadlines and expert disclosure deadline. However, there is no indication in the Motion as to whether Plaintiffs' counsel conferred with Defendant's counsel or whether Defendant opposes the Motion.

The Court finds it appropriate to shorten Defendant's response time on Plaintiffs' Motion. Accordingly, on or before close of business on **Wednesday, April 22, 2026**, Defendant may file its response, if any, to the Motion. No further briefs shall be filed except upon the filing of a motion for good cause and with the Court's permission. This matter will be taken under consideration after the briefing period as ordered is closed.

**SO ORDERED**, this 16th day of April 2026

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**