**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **MARIA CHIANG and VEN CHIANG,** | : | |
| | : | **CASE NO:** |
| **Plaintiffs,** | : | **7:25-cv-106–WLS** |
| **v.** | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Before the Court is Plaintiffs' Motion to Extend Dispositive Motion Deadlines (Doc. (Doc. 54) ("Motion") filed August 26, 2026. Plaintiffs request a fourteen-day extension of the August 26, 2026 dispositive motion deadline. However, there is no indication in the Motion as to whether Plaintiffs' counsel conferred with Defendant's counsel or whether Defendant opposes the Motion.

The Court finds it appropriate to shorten Defendant's response time on Plaintiffs' Motion. Accordingly, on or before close of business on **Friday, September 4, 2026**, Defendant may file its response, if any, to the Motion. No further briefs shall be filed except upon the filing of a motion for good cause and with the Court's permission. This matter will be taken under consideration after the briefing period as ordered is closed.

**SO ORDERED**, this 28th day of August 2026

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**