**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **MARIA CHIANG and VEN CHIANG,** | : | |
| **Plaintiffs,** | : | **CASE NO: 7:25-cv-106–WLS** |
| **v.** | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

Before the Court is Defendant's Motion to Exclude Report and Testimony of William Melton (Doc. 53) ("Motion to Exclude"). The Court's preliminary review of the Record reveals that Defendant has failed to file discovery in accordance with the Local Rules.

Specifically, under Local Rule 5.1 "the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing (a) depositions, (b) interrogatories, (c) request for documents[,] . . . and requests for admission." M.D. Ga. L.R. 5.1. This means that, when a party relies on a document—including a deposition—in connection with a motion, the Local Rules require that party to file the complete version of that document. *See id.* And when a party has not, the Court may order that party to do so. *See id.*

In reviewing the Motion to Exclude, the Court has discovered that Defendant heavily relies on partial quotes from the deposition testimony of Plaintiffs' expert, William Melton. Defendant has not attached a transcript of Mr. Melton's deposition to the motion, nor is a transcript of the deposition already in the Record. The failure to provide the Court with the transcript greatly impedes the Court's ability to review the Motion to Exclude. Thus, the Court will give Defendant the opportunity to file discovery in accordance with the Local Rules before the Court resolves the Motion to Exclude.

Accordingly, on or before **Friday, September 4, 2026**, Defendant is **ORDERED** to comply with the Local Rules and file the full versions of discovery materials it relies upon in

its Motion to Exclude. The time within which Plaintiffs must respond to the Motion to Exclude shall run from the date Defendant complies with this Order.

**SO ORDERED**, this 28th day of August 2026

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**